1  JOSEPH F. COYNE, JR. (SBN 93707)
   MICHELLE SHERMAN, (SBN 136799)
2  SHEPPARD, MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   333 South Hope Street, 48th Floor
4  Los Angeles, CA 90071-1448
   Telephone: (213) 620-1780; Facsimile: (213) 620-1398
5
   KRISTIN LINSLEY MYLES (SBN 154148)
6  ROHIT K. SINGLA (SBN 213057)
   SUSAN TRAUB BOYD (SBN 229664)
7  MUNGER, TOLLES & OLSON LLP
   33 New Montgomery Street, 19th Floor
8  San Francisco, CA 94105-9781
   Telephone: (415) 512-4000; Facsimile: (415) 512-4077
9
   Attorneys for Defendants
10 FORT JAMES CORPORATION, FORT JAMES
   OPERATING COMPANY, FORT JAMES FIBER
11 COMPANY, and FORT JAMES INTERNATIONAL
   HOLDINGS, LTD.
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY H. BECK, | Case No. C-05-0798 MMC (JCS) |
| Plaintiffs, | **ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| v. | |
| FORT JAMES CORPORATION, et al., | |
| Defendants. | |
| In re: | Case No. C-02-3838 MMC (JCS) |
| CROWN VANTAGE, INC., | |
| Debtor. | |
| CROWN VANTAGE, INC., | Case No. C-02-3839 MMC (JCS) |
| Plaintiffs, | |
| v. | |
| FORT JAMES CORPORATION, et al., | |
| Defendants. | |

1227259.1

SUBSTITUTION OF ATTORNEY CASE NOS. C05-0798; 02-3838; 02-3839 MMC (JCS)

1    TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL
2 OF RECORD:
3    Defendants hereby provide notice that Munger, Tolles & Olson LLP is withdrawing as counsel of
4 record in this matter. Defendants will continue to be represented by existing counsel of record, Sheppard,
5 Mullin Richter & Hampton LLP. This substitution of counsel will not cause any delay in the prosecution
6 of this action.

7
8 Dated: December 1, 2006    By: _____
                                        JASON N. POULOS
9
10                                For Defendants FORT JAMES
                               CORPORATION, FORT JAMES
11                                OPERATING COMPANY, and FORT
                               JAMES INTERNATIONAL HOLDINGS,
12                                LTD

13 Dated: December 1, 2006    SHEPPARD, MULLIN RICHTER &
                               HAMPTON LLP
14
15    By: _____
                                        JOSEPH F. COYNE, JR
16
17                                Attorneys for Defendants FORT JAMES
                               CORPORATION, FORT JAMES
18                                OPERATING COMPANY, and FORT
                               JAMES INTERNATIONAL HOLDINGS,
19                                LTD

20 Dated: December 1, 2006    MUNGER TOLLES & OLSON LLP
21
22    By: /S/
                                        ROHIT K. SINGLA
23
24
25 So Ordered: _____ Date: December 1, 2006
                 Maxine M. Chesney
26                  United States District Judge
27
28
1227259.1                               1
SUBSTITUTION OF ATTORNEY CASE NOS. C05-0798; 02-3838; 02-3839 MMC (JCS)